■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MONTALVO, Appellant. [843 NYS2d 512]—Appeal by the defendant from an order of the County Court, Suffolk County (Weber, J.), dated June 1, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, his designation as a level three sex offender was supported by clear and convincing evidence (*see* Correction Law § 168-n; *People v Hands,* 37 AD3d 441 [2007]; *People v Thompson,* 31 AD3d 409 [2006]; *People v*

*O'Neal*, 26 AD3d 365 [2006]). Schmidt, J.P., Fisher, Lifson and Carni, JJ., concur.